The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

PORFIRIO GARZA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

REGAL CINEMAS, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendants.

Case No. 2:26-cv-04151-KKE

**STIPULATED REQUEST TO STRIKE EARLY CASE DEADLINES**

Noted for Consideration: November 23, 2026

Plaintiff Porfirio Garza ("Plaintiff"), together with Defendant Regal Cinemas, Inc. ("Defendant") (collectively, the "Parties"), stipulate and request as follows:

1. On October 28, 2026, Defendant removed this case to federal court. *See* Def.'s Notice of Removal, ECF No. 1.

2. On November 4, 2026, the Court issued an Order regarding the Deadline for Federal Rule of Civil Procedure ("FRCP") 26(f) Conference, Initial Disclosures, and Joint Status Report (the "Order"). *See* ECF No. 11.

3. The Order set forth a November 25, 2026, deadline for the parties to engage in an FRCP 26(f) conference; a December 9, 2026, initial disclosures deadline; and a December 16, 2026, deadline for the Parties to file a Joint Status Report and Discovery Plan.

4. On November 16, 2026, Defendant moved to dismiss this action. *See* Def's Motion to Dismiss, ECF No. 13.

5. On November 20, 2026, the Court issued a Notice to the Parties striking the Joint Status Report deadline.

6. On November 20, 2026, the Parties conferred and agreed that the Court should strike all deadlines set forth in the Order pending resolution of Defendant's Motion to Dismiss, which may render further proceedings before this Court unnecessary.

This stipulated request is made for good cause and not for purposes of delay.

IT IS SO STIPULATED.

DATED: November 23, 2026.

**EMERY | REDDY, PC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Counsel for Plaintiff*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: *s/ Benjamin Moore*
Patrick M. Madden, WSBA No. 21356
Ryan J. Groshong, WSBA No. 44133
Benjamin Moore, WSBA No. 55526
1420 5th Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 288-0110
Email: Patrick.Madden@arnoldporter.com
Ryan.Groshong@arnoldporter.com
Ben.Moore@arnoldporter.com

*Counsel for Defendants*

**ORDER**

The Court, finding good cause, GRANTS the parties' stipulated request to strike early case deadlines, Dkt. No. 14.

Dated this 24th day of November, 2026.

Kymberly K. Evanson
United States District Judge