The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PORFIRIO GARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REGAL CINEMAS, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:26-cv-04151-KKE<br><br>**ORDER GRANTING STIPULATED REQUEST FOR BRIEFING SCHEDULE** |

Pursuant to the parties' stipulation, the Court GRANTS the parties' request to set the briefing deadlines related to Defendant's pending Motion to Dismiss, Dkt. No. 13, as follows:

- Plaintiff's response deadline is December 15, 2026
- Defendant's reply deadline is January 8, 2027.

The clerk is directed to re-note Defendant's motion to January 8, 2027.

Dated this 24th day of November, 2026.

Kymberly K. Evanson
United States District Judge